1 | Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
2 | David C. Wright, State Bar No. 177468
dcw@mccunewright.com
3 | (Eddie) Jae K. Kim, State Bar No. 216308
kma@mccunewright.com
4 | McCuneWright LLP
2068 Orange Tree Lane, Suite 216
5 | Redlands, California 92374
Telephone: (909) 557-1250
6 | Facsimile: (909) 557-1275

7 | Edward J. Chong, State Bar No. 201409          JS-6
edlawla@gmail.com
8 | Law Offices of Edward J. Chong and Associates
3325 Wilshire Blvd., Suite 1250
9 | Los Angeles, California 90010
Telephone: (213) 386-1990
10 | Facsimile: (213) 386-1800

11 | Attorneys for Plaintiff UNIMAX EXPRESS, INC.,
on behalf of itself and all others similarly situated

12

13

14 | UNITED STATES DISTRICT COURT

15 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

17 | UNIMAX EXPRESS, INC., and on behalf ) Case No.: CV 11-02947 DDP (PLAx)
of all others similarly situated, )
18 | ) Judge Assigned: Judge Dean D. Pregerson
Plaintiff, )
19 | ) **ORDER FOR VOLUNTARY**
v. ) **DISMISSAL, WITHOUT PREJUDICE,**
20 | ) **FOR LACK OF SUBJECT MATTER**
COSCO NORTH AMERICA, INC., ) **JURISDICTION**
21 | COSCO CONTAINER LINES )
AMERICA, INC., and DOES 1-10, )
22 | )
Defendants. )
23 | ) Complaint Filed: April 7, 2011
) Trial Date: None Set
24 | )
) Current Class Certification Filing
25 | ) Deadline; October 19, 2012
)
26 | )
)
27 | _____ )

28

-1-

1

## ORDER

2      Based upon the foregoing Joint Stipulation for Voluntary Dismissal, Without

3 Prejudice, for Lack of Subject Matter Jurisdiction, and good cause appearing,

4      IT IS HEREBY ORDERED that this action is DISMISSED, WITHOUT

5 PREJUDICE, for lack of subject matter jurisdiction.  Each side is to bear its own costs

6 and attorneys' fees.

7      IT IS SO ORDERED.

8

9      Dated: October 23, 2012

10

11

12                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, FOR
LACK OF SUBJECT MATTER JURISDICTION
Case No.:   CV11-2947 DDP (PLAx)