Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
(Eddie) Jae K. Kim, State Bar No. 216308
kma@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Edward J. Chong, State Bar No. 201409
edlawla@gmail.com
Law Offices of Edward J. Chong and Associates
3325 Wilshire Blvd., Suite 1250
Los Angeles, California 90010
Telephone: (213) 386-1990
Facsimile: (213) 386-1800

Attorneys for Plaintiff UNIMAX EXPRESS, INC.,
on behalf of itself and all others similarly situated

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIMAX EXPRESS, INC., and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSCO NORTH AMERICA, INC., COSCO CONTAINER LINES AMERICA, INC., and DOES 1-10,<br><br>Defendants. | Case No.: CV 11-02947 DDP (PLAx)<br><br>Judge Assigned: Judge Dean D. Pregerson<br><br>**ORDER FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Complaint Filed: April 7, 2011<br>Trial Date: None Set<br><br>Current Class Certification Filing Deadline; October 19, 2012 |

-1-

JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, FOR LACK OF SUBJECT MATTER JURISDICTION
Case No.: CV11-2947 DDP (PLAx)

## ORDER

Based upon the foregoing Joint Stipulation for Voluntary Dismissal, Without Prejudice, for Lack of Subject Matter Jurisdiction, and good cause appearing,

IT IS HEREBY ORDERED that this action is DISMISSED, WITHOUT PREJUDICE, for lack of subject matter jurisdiction. Each side is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 23, 2012

UNITED STATES DISTRICT JUDGE